E-FILED
Tuesday, 22 January, 2008 11:23:18 AM
Clerk, U.S. District Court, ILCD

1-16-08

While i was at Pontiac in 95'; i filed A suit that was dismissed as frivolous Can you give me the name of the case and Docket Number, the judge date of disposition, Defendants

David Thurman
B-36829
Box 112
Joliet, IL 60434

95-1070